# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PAUL DOUGLAS CHANEY,<br>ID # 02478278 | §<br>§ | |
| | § | CIVIL ACTION NO. 3:26-CV-2264-S-BW |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, the Court **DENIES** any request for a stay and abeyance of this case and, by separate judgment, will **DISMISS WITHOUT PREJUDICE** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1], received on July 6, 2026, for failure to exhaust state remedies.

**SO ORDERED.**

SIGNED October 8, 2026.

**UNITED STATES DISTRICT JUDGE**